UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRYAN MICHAEL OWENS,

    Petitioner,

v.

JASON BENNETT,

    Respondent.

CASE NO. 3:24-cv-05272-DGE-BAT

**REPORT AND RECOMMENDATION**

Petitioner, a Stafford Creek Corrections Center prisoner, filed a petition for writ of habeas corpus and an application to proceed *in forma pauperis* (IFP). Dkt. 3. Petitioner submitted an IFP application averring he has no income or assets. *Id.* However, the prison trust account statement he submitted shows average monthly receipts totaling $314.17 and an average spendable balance of $37.20. Petitioner's prison trust account shows he can pay the $5.00 fee for filing a federal habeas petition. The Court accordingly recommends:

    1.    Petitioner's IFP application be denied.

    2.    Petitioner be directed to pay the $5.00 filing fee within 14 days of adoption of this report and recommendation, or the matter will be dismissed without prejudice.

    2.    The clerk shall provide a copy of this report to Petitioner.

REPORT AND RECOMMENDATION - 1

**OBJECTIONS AND APPEAL**

This Report and Recommendation is not an appealable order. Therefore, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed no later than **May 6, 2024**. The Clerk should note the matter for **May 10, 2024.** as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 22nd day of April, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge